NO. 07-10-00519-CR, 07-10-00520-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
MAY 20, 2011
--------------------------------------------------------------------------------

 
 THE STATE OF TEXAS, APPELLANT
 
 v.
 
 DAVID NEAL DUNCAN, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;
 
 NO. 20,170-C, 21,161-C; HONORABLE DON R. EMERSON, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 MEMORANDUM OPINION
 
 Appellant, the State of Texas, filed its notice of appeal of the trial court's orders granting appellee's motions to suppress evidence in trial court cause numbers 20,170-C and 21,161-C. See Tex. Code Crim Proc. Ann. art. 44.01(a)(5) (West Supp. 2010). However, appellant has now filed motions to dismiss its appeals.
 Because the motions meet the requirements of Texas Rule of Appellate Procedure 42.2(a) and this Court has not delivered its decisions prior to receiving them, we hereby grant appellant's motions and dismiss the appeals. Having dismissed the appeals at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

 Mackey K. Hancock
 Justice

Do not publish.